** FELONY — DRIVING WHILE UNDER THE INFLUENCE ** 47 O.S. 11-902 [47-11-902], WHICH AUTHORIZES THE USE OF A CONVICTION IN A MUNICIPAL COURT OF RECORD AS A PREDICATE TO FILING A SUBSEQUENT DUI CHARGE AS A FELONY IN DISTRICT COURT, DOES `NOT' VIOLATE THE EQUAL PROTECTION CLAUSE OF THEFOURTEENTH AMENDMENT TO THE U.S. CONSTITUTION. (AFTER FORMER CONVICTION, MUNICIPAL COURT, DRIVING WHILE INTOXICATED, DRUNK DRIVING, ENHANCEMENT OF PUNISHMENT) CITE: 47 O.S. 11-902 [47-11-902](C), AMEND 14, ARTICLE VII, SECTION 1, 11 O.S. 28-102 [11-28-102](A), 11 O.S. 28-106 [11-28-106] 11 O.S. 28-120 [11-28-120], 11 O.S. 28-128 [11-28-128] (HUGH A. MANNING)